■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE DANIELS, Appellant. [872 NYS2d 687]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed January 2, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Fisher, J.P., Santucci, Carni and Eng, JJ., concur.